JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ROSA RUIZ, <br><br> Plaintiff, <br><br> vs. <br><br> CREDIT PROTECTION ASSOCIATION, L.P.; and DOES 1 to 20, INCLUSIVE, <br><br> Defendants. | Case No. CV-14-08318 JFW (SSx) <br><br> (Assigned to the Honorable John F. Walter Courtroom "16") <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Filed Concurrently with Stipulation of Dismissal with Prejudice <br><br> Removal Filed: October 27, 2014 |

## **ORDER**

Having considered the foregoing Stipulation, and good cause appearing, the Court HEREBY ORDERS THAT the foregoing Stipulation by and between Plaintiff ROSA RUIZ and Defendant CREDIT PROTECTION ASSOCIATION L.P is GRANTED.

Defendant CREDIT PROTECTION ASSOCIATION L.P. is dismissed from this action with prejudice.  Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.

DATED:   May 11, 2015

By: _____
The Honorable John F. Walter
UNITED STATES DISTRICT COURT